SLIP OPINION

Cite as 2015 Ark. App. 300

# ARKANSAS COURT OF APPEALS

DIVISION IV
No. CR–14–294

|  |  |
|---|---|
|  | Opinion Delivered May 6, 2015 |
| DEWAYNE CURTIS WRIGHT<br>APPELLANT | APPEAL FROM THE OUACHITA COUNTY CIRCUIT COURT<br>[NO. CR–2012-98-3] |
| V. | HONORABLE EDWIN KEATON, JUDGE |
| STATE OF ARKANSAS<br>APPELLEE | AFFIRMED; MOTION TO WITHDRAW GRANTED |

### PHILLIP T. WHITEAKER, Judge

Dewayne Curtis Wright appeals from his Ouachita County Circuit Court convictions for aggravated robbery, theft of property, and third-degree battery. Appellate counsel has filed a motion with this court to be relieved as counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967), and Arkansas Supreme Court Rule 4–3(k) (2014). The motion is accompanied by a no-merit brief containing an abstract and addendum of the proceedings below. The abstract and addendum in counsel's brief include all objections and motions decided adversely to appellant, and counsel explains in the argument portion of his brief why there is nothing in the record that would arguably support an appeal. Wright has filed a pro se statement of points for reversal, and the State has filed a response thereto.

The test for filing a no-merit brief is not whether there is any reversible error but whether an appeal would be wholly frivolous. *See Tucker v. State*, 47 Ark. App. 96, 885

S.W.2d 904 (1994). From our review of the record and the brief presented to us, including consideration of Wright's pro se points for reversal, which are either not preserved for appeal or do not otherwise support reversal, we find compliance with Rule 4–3(k) and that there is no merit to an appeal.

Affirmed; motion to withdraw granted.

VIRDEN and GRUBER, JJ., agree.

*N. Mark Klappenbach*, for appellant.

*Dustin McDaniel*, Att'y Gen., by: *Ashley Priest*, Ass't Att'y Gen., for appellee.